**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-60210-BLOOM/Valle**

MICHELLE PORTER,

      Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This cause is before the Court upon Plaintiff Michelle Porter's ("Plaintiff") Amended

Motion for Summary Judgment, ECF No. [44] ("Plaintiff's Motion"), and Defendant Nancy A.

Berryhill, as Acting Commissioner of the Social Security Administration's ("Defendant")

Amended Motion for Summary Judgment, ECF No. [47] ("Defendant's Motion"). In this suit,

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security

Administration, which denied Plaintiff's application for disability insurance benefits and

supplemental security income under the Social Security Act, 42 U.S.C. §§ 401, *et seq. See* ECF

No. [1]. This matter was referred to the Honorable Alicia O. Valle, United States Magistrate Judge,

consistent with Administrative Order 2014-64, for a ruling on all pre-trial, non-dispositive matters

and a report and recommendation on any dispositive matters, pursuant to 28 U.S.C. § 636 and

Local Magistrate Judge Rule 1. ECF Nos. [30] & [31].

On January 13, 2020, Judge Valle issued a Report and Recommendations ("R&R")

recommending that Plaintiff's Motion be granted and that Defendant's Motion be denied, and that

this case be remanded for further proceedings. ECF No. [70]. The R&R further advised the parties

that objections to the R&R were due within fourteen days of being served with a copy of the R&R.

*Id.*; *see* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy [of a report

and recommendations], any party may serve and file written objections . . . as provided by rules of

court."). To date, neither Plaintiff nor Defendant has filed objections to the R&R, nor have they

sought additional time in which to do so. Nonetheless, the Court has conducted a *de novo* review

of the R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*,

557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon careful review, the Court finds Magistrate Judge Valle's R&R to be well-reasoned

and correct. The Court agrees with the analysis in the R&R, and concludes that Plaintiff's Motion

should be granted, and Defendant's Motion should be denied for the reasons set forth therein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Valle's Report and Recommendations, **ECF No. [70]**, is **ADOPTED**.

2. Plaintiff's Amended Motion for Summary Judgment, **ECF No. [44]**, is **GRANTED**.

3. Defendant's Amended Motion for Summary Judgment, **ECF No. [47]**, is **DENIED**.

4. This case is **REMANDED** for further proceedings consistent with the findings contained in the R&R.

5. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 29, 2020.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Alicia O. Valle

Counsel of Record