UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60210-BLOOM/Valle

MICHELLE PORTER,

    Plaintiff,
v.

ANDREW SAUL, Commissioner of
the Social Security Administration,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Report and Recommendation to the District Judge of the Honorable Alicia O. Valle, ECF No. [77] ("Report"). This Court previously referred Plaintiff's Petition for Attorney's Fees Pursuant to the Equal Justice Act, ECF No. [72] ("Petition"), to Judge Valle for a Report and Recommendation, *see* ECF No. [74]. On July 28, 2020, Judge Valle issued the Report recommending that the Petition be granted in part and denied in part. ECF No. [77] at 13-14. The Report further advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.* at 14. To date, neither party has filed any objections.

This Court has conducted a *de novo* review of Judge Valle's Report and the record in this case, and is otherwise fully advised. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Valle's Report to be well reasoned and correct. The Court agrees with the analysis in the Report and concludes that the Petition should be granted in part and denied in part for the reasons set forth therein.

Case No. 18-cv-60210-BLOOM/Valle

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Valle's Report and Recommendation, **ECF No. [77]**, is **ADOPTED**.

2. Plaintiff's Petition, **ECF No. [72]**, is **GRANTED in part and DENIED in part** as follows:

    a. Counsel's compensable hours are reduced from 73.95 hours to 51.76 hours, which reflects a 30% reduction to account for billing inefficiencies and to compensate Plaintiff at comparable amounts for this type of litigation within the Southern District.

    b. Plaintiff is awarded a total of **$10,546.10** in attorney's fees (51.76 hours x $203.75/hour), to be paid directly to Plaintiff once the United States Department of Treasury determines that Plaintiff owes no debt to the United States.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 31, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Alicia O. Valle

Counsel of Record